# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>LETICIA LARA,<br><br>    Defendant. | Case No.: 21-cr-0425-CAB<br><br>**ORDER ON MOTION TO DISMISS THE INDICTMENT WITHOUT PREJUDICE AND JUDGMENT OF DISMISSAL** |

Based upon the Motion to Dismiss the Indictment Without Prejudice, and for the reasons set forth therein, and for good cause appearing therefor, IT IS HEREBY ORDERED the United States' Motion is granted and the Indictment is dismissed without prejudice.

IT IS FURTHER ORDERED the bond for the defendant is hereby exonerated.

IT IS SO ORDERED.


DATED: June 24, 2021


_____
HON. CATHY ANN BENCIVENGO
UNITED STATES DISTRICT JUDGE